**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-38625-ABG |
| | § | |
| MARCO A. GARCIA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 South Dearborn Street, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 02/29/2012, in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/02/2012      By: /s/ David P. Leibowitz
                                                          (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-38625-ABG |
| | § | |
| MARCO A. GARCIA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* — $3,231.03
*and approved disbursements of* — $11.91
*leaving a balance on hand of[1]:* — $3,219.12

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,219.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $807.76 | $0.00 | $807.76 |
| David P. Leibowitz, Trustee Expenses | $6.62 | $0.00 | $6.62 |

Total to be paid for chapter 7 administrative expenses: $814.38
Remaining balance: $2,404.74

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---|
| Remaining balance: | $2,404.74 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,404.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,264.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | RBS Citizens | $2,315.41 | $0.00 | $766.49 |
| 2 | Chase Bank USA, N.A. | $4,948.86 | $0.00 | $1,638.25 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $2,404.74 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $9,910.72 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 3 | CitiFinancial, Inc | $9,910.72 | $0.00 | $0.00 |

**UST-Form 101-7-NFR (5/1/2011)**

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
                         Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-38625-ABG
Marco A. Garcia                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: adragonet           Page 1 of 2            Date Rcvd: Feb 03, 2012
                              Form ID: pdf006           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2012.
```
db          +Marco A. Garcia,    4707 W. 82nd Street,    Chicago, IL 60652-3007
16060132    +Charter One,    1 Citizens Drive,   Riverside, RI 02915-3019
16060133    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16471884     Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
16060134    +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
17287893     CitiFinancial, Inc,     P.O. Box 140489,    Irving, TX 75014-0489
16060135    +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
16060136    +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
16445542    +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
16060138    +Rbs Citizens Na,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
16060139    +Visdsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16060131    ##+APX Alarm,    5132 N 300 West,    Provo, UT 84604-5817
16060137    ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                   TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 05, 2012**                      **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: adragonet              Page 2 of 2                   Date Rcvd: Feb 03, 2012
                               Form ID: pdf006              Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2012 at the address(es) listed below:
          David P Leibowitz   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Joseph P Doyle   on behalf of Debtor Marco Garcia joe@fightbills.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                TOTAL: 3